UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHRISTOPHER KETTENBURG,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No. 24-cv-06237-EKL<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL** |

On September 16, 2024, Judge van Keulen issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915(e), and dismissing his claims with leave to file an amended complaint by October 16, 2024. ECF No. 4. The October 16, 2024, deadline has passed. As of the date of this order, Plaintiff has not filed an amended complaint. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than December 13, 2024, why his claims should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: November 15, 2024

Eumi K. Lee
United States District Judge