UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHRISTOPHER KETTENBURG,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No. 24-cv-06237-EKL<br><br>**ORDER OF DISMISSAL** |

On November 15, 2024, the Court ordered Plaintiff to show cause for failure to file an amended complaint as ordered by Judge van Keulen no later than December 13, 2024. ECF No. 9. As of the date of this Order, Plaintiff has not filed a response. Accordingly, the Court dismisses this case without prejudice. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: December 19, 2024

Eumi K. Lee
United States District Judge